IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01917-MJW

DONNIE L. HIGNITE,

Plaintiff,

v.

GORDON CAROLL, *Arapahoe County Sheriff and Deputy Sheriff*, and
ARAPAHOE COUNTY BOARD OF COUNTY COMMISSIONERS,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiff's motion for Court to electronically transfer $3,500 into his inmate account (Docket No. 35) is DENIED;

- Plaintiff's motion for extension of time (Docket No. 34) IS GRANTED IN PART AND DENIED IN PART, inasmuch as the deadlines will be extended but not by the full 90 days requested by Plaintiff; and

- The Scheduling Order (Docket No. 28) is AMENDED such that the deadline for the parties to designate and disclose affirmative experts is EXTENDED to February 15, 2015, and the deadline for the parties to designate and disclose rebuttal experts is EXTENDED to March 14, 2016.

Date: January 22, 2016