IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01917-MJW

DONNIE L. HIGNITE,

Plaintiff,

v.

GORDON CAROLL, *Arapahoe County Sheriff and Deputy Sheriff*, and
ARAPAHOE COUNTY BOARD OF COUNTY COMMISSIONERS,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- In light of the appointment of counsel in this case (Docket No. 45), Defendants are hereby ORDERED to serve both a copy of their Motion for Leave to Take Deposition of Plaintiff by Oral Examination (Docket No. 44) and a copy of this Minute Order on Attorney Mark D. Gibson of Hogan Lovells US LLP, forthwith;

- Counsel for Defendants are ORDERED to meet and confer with Mr. Gibson prior to taking Plaintiff's deposition; and

- Defendants' Motion for Leave to Take Deposition of Plaintiff by Oral Examination (Docket No. 44) is GRANTED.

Date: February 25, 2016