**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01917-MJW

DONNIE L. HIGNITE,

    Plaintiff,

v.

GORDON CARROLL, Arapahoe County Sheriff and Deputy Sheriff; and
ARAPAHOE COUNTY BOARD OF COUNTY COMMISSIONERS,

    Defendants.

---

## MINUTE ORDER

---

It is hereby ORDERED that the parties' **Stipulated Motion To Amend Scheduling Order And Reset Final Pretrial Conference (Docket No. 51)** is **GRANTED** for good cause shown.

Further, the final pretrial conference currently set for June 29, 2016, at 9:00 a.m., is VACATED and RE-SET for September 29, 2016, at 10:00 a.m.

Further, Scheduling Order (Docket No. 28) is AMENDED as follows:

1. Plaintiff shall serve his initial Rule 26(a)(1) disclosures by no later than **April 8, 2016**.

2. The **Deadline for Joinder of Parties and Amendment of Pleadings** shall be extended from **December 11, 2015**, to and until **April 15, 2016**.

3. The **Discovery Cutoff** date shall be extended from **March 28, 2016**, to and until **June 27, 2016**.

4. The **Dispositive Motion Deadline** shall be extended from **April 29, 2016**, to and until

**July 28, 2016**.

5. The **Deadline to Designate Affirmative Experts and Provide the Opposing Party All Information Specified in FED. R. CIV. P. 26(a)(2)** shall be extended from **February 15, 2016**, to and until **April 29, 2016**.

6. The **Deadline to Designate Rebuttal Experts and Provide the Opposing Party All Information specified in FED. R. CIV. P. 26(a)(2)** shall be extended from **March 14, 2016**, to and until **May 31, 2016**.

7. The **Deadline to Serve Interrogatories and Requests for Production of Documents and/or Admissions** shall be extended from **February 23, 2016**, to and until **May 13, 2016**.

8. Plaintiff has identified the following persons to be deposed and estimated time:

   a. Deputy Gordon Carroll (7 hrs.).

   b. GV Police Officer Crystal Vigil (3 hrs.).

   c. GV Police Officer Josh LeVey (3 hrs.).

   d. GV Police Officer Jeremy Wilson (3 hrs.).

   e. GV Police Officer Mitch Parks (3 hrs.).

   f. GV Police Officer Katie Brugler (3 hrs.).

   g. GV Police Officer Tyler Heaton (3 hrs.).

Entered this 24th day of March 2016.

                                            **BY THE COURT:**

                                            */s/ Michael J. Watanabe*
                                            Michael J. Watanabe
                                            United States Magistrate Judge