IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01917-MJW

DONNIE L. HIGNITE,

Plaintiff,

v.

GORDON CAROLL, *Arapahoe County Sheriff and Deputy Sheriff*, and
ARAPAHOE COUNTY BOARD OF COUNTY COMMISSIONERS,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- The Second Stipulated Motion to Amend Scheduling Order and to Reset Final Pretrial Conference (Docket No. 58) is GRANTED;

- The Scheduling Order (Docket No. 28) is AMENDED as follows:

    - Deadline to amend pleadings/join parties: April 29, 2016
    - Deadline to answer amended pleadings: May 16, 2016
    - Deadline to designate and disclose affirmative expert witnesses: July 22, 2016
    - Deadline to designate and disclose rebuttal expert witnesses: August 19, 2016
    - Discovery cut-off: September 16, 2016
    - Dispositive motions deadline: October 28, 2016

- The Final Pretrial Conference set for October 17, 2016 at 10:00 a.m. is VACATED and RE-SET for December 12, 2016 at 9:30 a.m.; and

- The proposed pretrial order SHALL BE FILED on or before December 5, 2016.

Date: April 14, 2016