IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01917-MJW

DONNIE L. HIGNITE,

Plaintiff,

v.

GORDON CAROLL, *Arapahoe County Sheriff and Deputy Sheriff*, and
ARAPAHOE COUNTY BOARD OF COUNTY COMMISSIONERS,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 60) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 60-1) is APPROVED as amended in paragraph 13 and made an Order of Court.

Date: April 21, 2016